UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                               :

SYLINIA JACKSON, on behalf of herself and all other   :
persons similarly situated,

                                               :

                      Plaintiffs,        :        25-CV-07410 (JAV)

                                               :

        -v-                           :         ORDER

                                             :

CORKCICLE, LLC,                         :

                                           :

                                         :

                      Defendant.      X
---------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

     Pursuant to the Court's Order dated May 14, 2026, ECF No. 16, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by June 11, 2026. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 15, 2026**.

     SO ORDERED.

Dated:  June 12, 2026
       New York, New York                 JEANNETTE A. VARGAS
                                     United States District Judge